1 League of Women Voters of Greeley, Weld County, Inc.; Latino Coalition of Weld County; Barbara Whinery; and Stacy Suninga; Petitioners v. The Board of County Commissioners of the County of Weld County, Respondent No. 24SC394
Supreme Court of Colorado, En Banc
July 1, 2024
 Court of Appeals Case No. 24CA774 
 
 Petition for Writ of Certiorari Pursuant to C.A.R. 50 GRANTED. 
 Whether the trial court erred in concluding that section 30-10-306, et seq., C.R.S. (2023), implies a private right of action. 
 Whether the trial court erred in concluding that plaintiff-appellants had standing to sue the Board based on nothing more than generalized grievance constituting pure procedural irregularities. 
 Whether the trial court erred in concluding as a matter of law that section 30-10-306, et seq., applies to a home rule county with a conflicting charter. 
 Whether the trial court erred in determining there is no conflict between the provisions of section 30-10-306, et seq., and the Weld County home rule charter. 
 Whether the Board must be directed to engage in a county commissioner redistricting process that complies with the redistricting statutes for future elections.